UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MATTHEW COLLEY,                    )
                                   )
            Plaintiff,             )
                                   )      CASE NO. 1:26-cv-00500-RLY-MJD
      v.                           )
                                   )
SOLUTION, TREE, INC.,              )
                                   )
            Defendant.             )

## APPEARANCE

The undersigned counsel, John J. DeRoss, Jr., of the law firm Jackson Lewis P.C., hereby enters his appearance on behalf of the Defendant, Solution Tree, Inc., in the above-captioned matter and certifies he is admitted to practice in this Court.

Respectfully submitted,

*/s/ John J. DeRoss, Jr.*
John J. DeRoss, Jr., Atty No. 34563-49
JACKSON LEWIS P.C.
111 Monument Circle, Suite 2600
Indianapolis, IN 46204
Telephone: (317) 489-6930
Facsimile: (317) 489-6931
*john.deross@jacksonlewis.com*

*Attorney for Defendant,*
*Solution Tree, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 13, 2026, I filed the foregoing *Appearance*

electronically with the Clerk of the Court. Notice of this filing will be sent to the following by

operation of the Court's electronic filing system. Parties may access this filing through the Court's

system.

Paul J. Cummings
PAUL CUMMINGS LAW, PC
3209 W. Smith Valley Road, Suite 139
Greenwood, IN 46142
*paul@paulcummingslaw.com*

John M. Bradshaw
BRADSHAW LAW, LLC
5525 N. Meridian Street
Indianapolis, IN 46208
*john@jbradshawlaw.com*

*/s/ John J. DeRoss, Jr.*
John J. DeRoss, Jr.

4906-0806-1598, v. 1

2