UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MATTHEW COLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:26-cv-00500-RLY-MJD |
| v. | ) | |
| | ) | |
| SOLUTION TREE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEFENDANT'S FIRST EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND
DECLARATORY JUDGMENT AND REQUEST FOR JURY TRIAL**

Defendant, Solution Tree, Inc., ("Defendant"), by counsel, pursuant to S.D. IND. L.R. 6-1(a), hereby files its *Notice of Defendant's First Extension of Time to Respond to Plaintiff's Complaint for Damages and Declaratory Judgement and Request for Jury Trial*, and states the following:

1.     Plaintiff, Matthew Colley, filed his *Complaint for Damages and Declaratory Judgement and Request for Jury Trial*, ("Complaint"), on March 16, 2026. [ECF No. 1.]

2.     Service of Plaintiff's Complaint was perfected on Defendant on March 24, 2026.

3.     Accordingly, the current deadline for Defendant's response to Plaintiff's Complaint is April 14, 2026.

4.     Such deadline has not been extended previously.

5.     With this initial 28-day extension of time, Defendant's response to Plaintiff's Complaint is due on or before May 12, 2026.

6.     This extension will not interfere with any Case Management Plan, scheduled hearings or trials, or other case deadlines.

7.      Counsel for Defendant has contacted Plaintiff's counsel, and Plaintiff has no objection to this initial extension of time.


                                    Respectfully submitted,

                                    */s/ Zachary A. Ahonen*
                                    Zachary A. Ahonen, Atty No. 31865-30
                                    John J. DeRoss, Jr., Atty No. 34563-49
                                    JACKSON LEWIS P.C.
                                    111 Monument Circle, Suite 2600
                                    Indianapolis, Indiana 46204
                                    Tel:    (317) 489-6930
                                    Fax:    (317) 489-6931
                                    *zachary.ahonen@jacksonlewis.com*
                                    *john.deross@jacksonlewis.com*

                                    *Attorneys for Defendant*
                                    *Solution Tree, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2026, I filed the foregoing electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul J. Cummings
PAUL CUMMINGS LAW, PC
3209 W. Smith Valley Road, Suite 139
Greenwood, IN 46142
*paul@paulcummingslaw.com*

John M. Bradshaw
BRADSHAW LAW, LLC
5525 N. Meridian Street
Indianapolis, IN 46208
*john@jbradshawlaw.com*

*/s/ Zachary A. Ahonen*
Zachary A. Ahonen

4908-6011-3310, v. 2

3