UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MATTHEW COLLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:26-cv-00500-RLY-MJD |
| v. | ) | |
| | ) | |
| SOLUTION TREE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant, Solution Tree, Inc., ("Solution Tree"), by counsel, hereby submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, and states the following:

1.    Solution Tree is not owned by a parent corporation.

2.    No publicly held corporation owns ten percent (10%) or more of Solution Tree's stock.

Respectfully submitted,

*/s/ Zachary A. Ahonen*
Zachary A. Ahonen, #31865-30
John J. DeRoss, Jr. #34563-49
JACKSON LEWIS, P.C.
111 Monument Circle
Suite 2600
Indianapolis, IN 46204
*zachary.ahonen@jacksonlewis.com*
*john.deross@jacksonlewis.com*

*Attorneys for Defendant, Solution Tree, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 13, 2026, I filed the foregoing *Defendant's Corporate Disclosure Statement* electronically with the Clerk of the Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Paul J. Cummings
PAUL CUMMINGS LAW, PC
3209 W. Smith Valley Road, Suite 139
Greenwood, IN 46142
*paul@paulcummingslaw.com*

John M. Bradshaw
BRADSHAW LAW, LLC
5525 N. Meridian Street
Indianapolis, IN 46208
*john@jbradshawlaw.com*

*/s/ Zachary A. Ahonen*
Zachary A. Ahonen

4933-6594-4478, v. 3

2